Certificate Number: 06531-ILN-CC-004120404

# CERTIFICATE OF COUNSELING

I CERTIFY that on May 31, 2008, at 11:49 o'clock AM CDT,
Andrew M Hansen received from
Allen Credit and Debt Counseling Agency,
an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the
Northern District of Illinois, an individual [or group] briefing that complied
with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of
the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: May 31, 2008            By    /s/Sharon Schroeder

                              Name  Sharon Schroeder

                              Title Credit Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy
Code are required to file with the United States Bankruptcy Court a completed certificate of
counseling from the nonprofit budget and credit counseling agency that provided the individual
the counseling services and a copy of the debt repayment plan, if any, developed through the
credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).

